

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. '21 MJ4688 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| Luis Alberto RODELO, ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about November 30, 2021 within the Southern District of California, Luis Alberto RODELO, defendant, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Olga Mireya PEREZ-Lopez and Josafat De Jesus LOPEZ-Sanchez had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Ramon A. Galindo CBP Enforcement Officer
U.S. Customs & Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on December 1st, 2021.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Olga Mireya PEREZ-Lopez and Josafat De Jesus LOPEZ-Sanchez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimonies are material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and they should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 30, 2021, at approximately 11:19 p.m., Luis Alberto RODELO (Defendant) applied for admission into the United States from Tijuana, Baja California, Mexico at the San Ysidro Port of Entry through the vehicle primary lanes. Defendant was the only visible occupant of a vehicle bearing California License plates, when he presented himself for inspection before a Customs and Border Protection (CBP) Officer. Defendant presented a United States passport as his entry document and stated that he was traveling to San Diego, California. The CBP Officer queried Defendant's name in the computer database and received a computer-generated referral to secondary.

In secondary, CBP Officers conducted a search of the vehicle and discovered two people hiding within the trunk. Both persons were assisted out of the trunk area and escorted to the security office for processing. Further investigation revealed the two individuals that were concealed inside the trunk are citizens of Mexico with no entitlements to enter the U.S. One female was identified as Olga Mireya PEREZ-Lopez (Material Witness 1) and the male was identified as Josafat De Jesus LOPEZ-Sanchez (Material Witness 2); both are now being held as Material Witnesses.

On December 1, 2021, Defendant was advised of his Miranda Rights at 12:28 a.m. and elected to make a statement. Defendant stated that he is the owner of the vehicle. Defendant stated that he was hired to bring bulk cash from the United States into Tijuana, Mexico. Defendant stated that he was going to receive a payment of $900 U.S. dollars after he successfully delivered the money in Mexico. Defendant stated that once he crossed into the United States, he was going to receive the exact location where to pick up the cash. Defendant stated that after meeting with an unknown party of people near the Tijuana, General Hospital, he turned his vehicle over to them for an installation of a GPS tracking system, although he noticed that his vehicle felt heavier than before and took longer to pick up speed. Defendant stated that he did not have knowledge of the two hidden people inside the trunk.

Material Witnesses stated they are citizens of Mexico by birth in Oaxaca, Mexico with no legal entitlements to enter the United States. Material Witnesses stated that smuggling arrangements were made for them by their families to be smuggled into the United Stated where they would pay a sum of $18,000 U.S. dollars each. Material Witnesses stated they were going to Los Angeles, California.